```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  RANDALL STEVENS, et al.,          No. 2:09-cv-01189-MCE-EFB
12          Plaintiffs,
13     v.                             MEMORANDUM AND ORDER
14  SUPERIOR COURT OF CALIFORNIA,
    et al.,
15
            Defendants.
16
17                          ----oo0oo----
18
```

19      Presently before the Court is Plaintiff's Ex Parte
20 Application for Temporary Restraining Order and Motion for
21 Preliminary Injunction ("Application"). Plaintiff seeks an order
22 "directing Defendants to stay all proceedings until [the federal]
23 matter has been litigated on whether Defendants violated
24 protected constitutional rights and by their failure to interpret
25 the Trust contract and maintain a record of proceedings, denied
26 Plaintiff his due process and equal protection rights."
27 Application, 12:2-7. For the following reasons, Plaintiff's
28 Application is denied.

1  This Court is specifically prohibited from issuing Plaintiff the relief he requests. Indeed, "[a] court of the United States may not grant an injunction to stay proceedings in a State court except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments." 28 U.S.C. § 2283. By way of dangerous and quite possibly libelous allegations, Plaintiff seeks relief that, if granted, would fall directly within the above statutory proscription. Accordingly, Plaintiffs' Application for Temporary Restraining Order And/Or Preliminary Injunction (Docket No. 3) is DENIED.

IT IS SO ORDERED.

Dated: May 4, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE