UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL STEVENS, et al., | No. 2:09-cv-01189-MCE-EFB |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| Superior Court of California, et al., | |
| Defendants. | |

----oo0oo----

Plaintiff's Motion for Temporary Restraining Order And/Or Preliminary Injunction (Docket No. 7) is hereby DENIED with prejudice on the grounds that this Court must properly abstain from granting the requested equitable relief under Younger v. Harris, 401 U.S. 37, and its progeny.

///
///
///
///
///
///

1

1  Plaintiff is hereby warned that if he continues to file
2 motions in this action based upon the same issues, this Court
3 will take the necessary steps to have Plaintiff declared a
4 vexatious litigant.
5  IT IS SO ORDERED.
6 Dated: July 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE